# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

HAYDEN BEAULIEU,

    Plaintiff,

  v.

EDMUND G. BROWN,

    Defendant(s).

Case No. 18-cv-02376-CRB (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

(ECF Nos. 2 & 4)

Plaintiff has filed a "notice of voluntary withdrawal" of the instant pro se prisoner action. The notice is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, pursuant thereto, the action is DISMISSED without prejudice. See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before defendants serve answer or motion for summary judgment leaves no role for court to play).

But based solely on plaintiff's affidavit of poverty, his pending motion for leave to proceed in forma pauperis under 28 U.S.C. § 1915 (ECF Nos. 2 & 4) is GRANTED.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 15, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDEN BEAULIEU,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN,<br><br>    Defendant. | Case No. 3:18-cv-02376-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hayden Beaulieu
#A-2024
2500 Fairmont Drive
San Leandro, CA 94578

Dated: June 15, 2018

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By:_____
                                      Lashanda Scott, Deputy Clerk to the
                                      Honorable CHARLES R. BREYER